FILED
AUG 13 2013
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL FRANCIS FOX, JR.,

Defendant.

CR 13-50094

INDICTMENT

Commercial Sex Trafficking

(18 U.S.C. §§ 1591(a)(1), 1591(b)(1), 1594(a) and 1594(d)(1))

The Grand Jury charges:

On or about between August 3, 2013, and August 4, 2013, in the District of South Dakota and elsewhere, in and affecting interstate commerce, the defendant, Michael Francis Fox, Jr., did knowingly attempt to recruit, entice, and obtain a person who had not attained the age of 14 years, knowing and recklessly disregarding that the person was a minor and would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1), 1594(a).

FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 1594(d)(1).

2. If convicted of an offense set forth above, the defendant, Michael Francis Fox, Jr., shall forfeit to the United States any and all materials or property used or intended to be used to commit or to facilitate commercial sex

trafficking. Such property includes, but is not limited to, a 2007 Suzuki motor vehicle, Maryland license 793M073, VIN number JS3TD947774202822.

A TRUE BILL:

NAME REDACTED

Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: